

NUMBER 13-17-00495-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

MONETTE IDE ESCANAME, ET AL.,                    Appellants,

v.

TACO PALENQUE DEL VALLE, L.L.C.
AND T.P. EDINBURG, LLC D/B/A
TACO PALENQUE,                                   Appellees.

On appeal from the 430th District Court
of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Contreras and Hinojosa
Memorandum Opinion by Justice Contreras**

Appellants, Monette Ide Escaname, et al., perfected an appeal from a judgment

entered by the 430th District Court of Hidalgo County, Texas, in cause number C-3144-

15-J(1).  The parties have filed a joint motion to dismiss the appeal on grounds that all

matters in controversy have been fully and finally compromised in settlement by and between the parties. The parties request that this Court dismiss the appeal.

The Court, having considered the documents on file and the joint motion to dismiss, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The joint motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith. Any pending motions are dismissed as moot.

DORI CONTRERAS
Justice

Delivered and filed the
26th day of October, 2017.

2